IIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MAKEUL WILLIAMS, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 5:23-cv-01189-XR |
| BCFS HEALTH & HUMAN SERVICES, PLURIBUS RESOURCES, NATIONAL EMERGENCY MANAGEMENT AND RESPONSE, | § § § § § | |
| *Defendants*. | § § | |

## DEFENDANT'S ADVISORY TO THE CLERK OF COURT

Defendant in the above-captioned case elects as follows (please select only one of the following options):

☐ I consent to proceed before a United States Magistrate Judge in accordance with provisions of Title 28 U.S.C. Section 636. Defendant in the above-captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with Title 28 U.S.C. Section 636(c)(3).

☒ I do **not** consent to proceed before a United States Magistrate Judge. Defendant in the above-captioned case elects **not** to have this case decided by a United States Magistrate Judge and prefers that this case proceed before the United States District Judge.

BCFS Health & Human Services, Pluribus Resources, National Emergency Management and Response
        Defendants' Name

By:   */s/ Eric Fineman*                       February 9, 2024
      Signed by Attorney                           Date

# CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of February 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing upon the counsel below:

    Laurence E. Stuart
    lstuart@stuartpc.com
    Elise Miller
    emiller@stuartpc.com
    STUART PC
    629 Heights Blvd.
    Houston, Texas 77007

    ***Attorneys for Plaintiff***

    */s/ Eric Fineman*
    Kimberly R. Miers
    Melissa J. Ackie
    Eric Fineman